Name and address:

Michelle Méndez, Esq.
National Immigration Project (NIPNLG)
2201 Wisconsin Ave NW, Suite 200
Washington, DC 20007

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miguel Angel Gonzalez Garcia<br><br>Plaintiff(s)<br><br>v.<br><br>Department of Homeland Security, et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:23-cv-3997-ODW-JPR<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Méndez, Michelle N.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(540) 907-1761          (617) 227-5495
*Telephone Number*      *Fax Number*

michelle@nipnlg.org
*E-Mail Address*

of  National Immigration Project (NIPNLG)
    2201 Wisconsin Ave NW, Suite 200
    Washington, DC 20007
    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Miguel Angel Gonzalez Garcia

*Name(s) of Party(ies) Represented*

[X] *Plaintiff(s)*   [ ] *Defendant(s)*   [ ] *Other:* _____

**and designating as Local Counsel**

Hernández, José Alfredo
*Designee's Name (Last Name, First Name & Middle Initial)*

212002          (714) 568-4529        (714) 415-2017
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

josealfredo@1jahlaw.com
*E-Mail Address*

of  Law Office of José Alfredo Hernández
    924 E. Chapman Ave
    Orange, CA 92866
    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] **GRANTED.**
[ ] **DENIED:** [ ] for failure to pay the required fee.
    [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    [ ] for failure to complete Application: _____
    [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
    [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee is paid:** [ ] be refunded [ ] not be refunded.

**Dated** June 14, 2023

_____
U.S. District Judge

G–64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1